IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEPHANIE DIENNE WALL,           )
                                 )
            Plaintiff,           )
                                 )
    v.                           )        1:21-cv-726
                                 )
KILOLO KIJAKAZI,                 )
Acting Commissioner of           )
Social Security,                 )
                                 )
            Defendant.           )

**ORDER**

This matter is before this court for review of the

Memorandum Opinion and Recommendation ("Recommendation") filed

on February 21, 2023, by the Magistrate Judge in accordance with

28 U.S.C. § 636(b). (Doc. 15.) In the Recommendation, the

Magistrate Judge recommends that the Commissioner's decision

finding no disability be reversed, and that the matter be

remanded to the Commissioner under sentence four of 42 U.S.C. §

405(g). The Magistrate Judge further recommends that Defendant's

Motion for Judgment on the Pleadings, (Doc. 13), should be

denied and that Plaintiff's Motion for Judgment Reversing and

Remanding the Decision of the Commissioner of Social Security,

(Doc. 8), should be granted. The Recommendation was served on

the parties to this action on February 21, 2023. (Doc. 15.) No

objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that the Commissioner's decision finding no disability is **REVERSED** and that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner is directed to remand the matter to the Administrative Law Judge for further administrative proceedings. To this extent, the Commissioner's Motion for Judgment on the Pleadings, (Doc. 13), is **DENIED** and Plaintiff's Motion for Judgment Reversing and Remanding the Decision of the Commissioner of Social Security, (Doc. 8), is **GRANTED** to the extent set out in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March, 2023.

_____
United States District Judge

-2-